IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN JETTE and BARBARA ANN JETTE, individuals,

         Plaintiffs,

    v.

ORANGE COUNTY FINANCIAL, INC., et al.,

         Defendants.

2:08-cv-01767-GEB-EFB

ORDER[*]

        Defendant Tiempo Escrow, Inc. ("Tiempo") moves for change of venue to the Central District of California. Plaintiffs counter the motion should be denied because Tiempo previously failed to prevail on a motion to transfer venue to the Central District when the Southern District of California decided to transfer the case to the Eastern District of California. The order denying Tiempo's previous motion stated "the facts giving rise to the present case involve a loan transaction on real property located in the Eastern District of

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

California" and Plaintiffs are "residents of the Eastern District of California."

    Tiempo argues since its previous motion was denied, the structure on the referenced real property burned down.  But notwithstanding this loss, Tiempo has not shown its motion should be granted.  Therefore, it is denied.

Dated:  November 20, 2008

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge