UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 2:08-CV-01767-GEB-EFB<br>(USDC-Southern Case No.: 08 CV-0616 DMS (LSP))<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANT MORTGAGEIT, INC.'S TIME TO FILE ANSWER**<br><br>[filed concurrently with Stipulation Extending Defendant MortgageIT, Inc.'s Time to File Answer] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiffs Susan Jette and Barbara Ann Jette ("plaintiffs") and defendant MortgageIT, Inc. ("MortgageIT") stipulate to a 14-day extension of MortgageIT's time to Answer plaintiffs' Complaint from December 10, 2008 until December 24, 2008.

WHEREAS the parties have stipulated to a 14-day extension of MortgageIT's time to Answer plaintiffs' Complaint and good cause appearing, it is so ordered pursuant to Local Rule 6-144 that MortgageIT shall have an extension in its time to file an Answer to plaintiffs' Complaint until December 24, 2008.

DATED: December 8, 2008.

By _____
Honorable Garland E. Burrell, Jr.

- 1 -   Case No.: 2:08-CV-01767-GEB-EFB

[PROPOSED] ORDER EXTENDING DEFENDANT MORTGAGEIT, INC.'S TIME TO FILE ANSWER

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. On December 8, 2008, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER EXTENDING DEFENDANT MORTGAGEIT, INC.'S TIME TO FILE ANSWER**

☒ by E-Filing per Local Rule 5-135(a) (ecf.caed.uscourts.gov)

☐ by E-Mail (Jeremy@efaganlaw.com; amalik@jdtplaw.com; jmillane@jdtplaw.com; srg@kpclegal.com; gh@kpclegal.com; mfarrell@allenmatkins.com, ykim@allenmatkins.com and bjewett@allenmatkins.com)

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**"SEE ATTACHED SERVICE LIST"**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 8, 2008, at Los Angeles, California.

Deborah Levenstein

- 2 -    Case No.: 2:08-CV-01767-GEB-EFB

[PROPOSED] ORDER EXTENDING DEFENDANT MORTGAGEIT, INC.'S TIME TO FILE ANSWER

**"SERVICE LIST"**

*Susan Jette and Barbara Anne Jette v. Orange County Financial, Inc., et al.*

Eastern District Case No. 08 CV 01767-GEB-EFB

[Hon. Garland E. Burrell, Jr.]

| | |
|---|---|
| Jeremy S. Golden, Esq.<br>LAW OFFICES OF ERIC F. FAGAN<br>2300 Boswell Road, Suite 211<br>Chula Vista, CA  91414 | **Attorneys for Plaintiff Susan Jette and Barbara Ann Jette**<br>T:  619.656.6656<br>F:  775.898.5471<br>E-Mail: Jeremy@efaganlaw.com |
| M. Alim Malik, Esq.<br>James H. Millane, Esq.<br>JACKSON, DEMARCO, TIDUS, PETERSON, PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 | **Attorneys for Defendant Orange County Financial, Inc. and Jeremy Indes**<br>T:  949.752.8585<br>E-Mail: amalik@jdtplaw.com and jmillane@jdtplaw.com |
| Steven Ray Garcia, Esq.<br>Greta T. Hutton, Esq.<br>KNAPP PETERSON & CLARKE<br>550 North Brand Boulevard<br>Suite 1500<br>Glendale, CA  91203-1922 | **Attorneys for Defendant Tiempo Escrow, Inc.**<br>T:  818.547.5000<br>F:  818.547.5329<br>E-Mail: srg@kpclegal.com and gh@kpclegal.com |
| Michael R. Farrell<br>Yale E. Kim<br>Bradley E. Jewett<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>515 S. Figueroa Street, Ninth Floor<br>Los Angeles, CA  90071-3309 | **Attorneys for Defendant Indymac Bank, F.S.B.**<br>T:  213.622.5555<br>F:  213.620.8816<br>E-Mail: mfarrell@allenmatkins.com, ykim@allenmatkins.com and bjewett@allenmatkins.com |