Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA 91914
Jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals, <br><br>       Plaintiffs <br><br> v. <br><br> ORANGE COUNTY FINANCIAL, INC., et al. <br><br>       Defendants. | Case No.: 2:08-cv-01767-GEB-EFB <br><br> **Order Allowing Plaintiffs to** <br> **File a First Amended Complaint** |

The parties' stipulate in a conclusory manner that "good cause" exists justifying Plaintiffs' request for leave to file a first amended complaint naming IndyMac Federal Bank, FSB as a defendant. Good cause has not been shown. Although the request is granted, provided Plaintiffs file and serve the amended complaint within thirty days of the date on which this order is filed, Plaintiffs' are not granted leave to include doe defendants in the complaint. A copy of this order shall be served on IndyMac Federal Bank, FSB, concurrently with service of process; and that defendant has thirty days from the date of

1

service of  process to file a document in which it seeks to modify any scheduled date.
Thereafter, it shall meet the good cause standard.

IT IS SO ORDERED

Date: 3/3/09

_____

UNITED STATES DISTRICT COURT JUDGE