MICHAEL R. FARRELL (BAR NO. 173831)
WILLIAM B. DECLERCQ (BAR NO. 240538)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mfarrell@allenmatkins.com
        wdeclercq@allenmatkins.com

Attorneys for Defendant
INDYMAC FEDERAL BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC FEDERAL BANK, F.S.B.; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINIGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:08-CV-1767 GEB EFB<br><br>**STIPULATION FOR EXTENSION OF INDYMAC FEDERAL BANK, F.S.B.'S TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT; AND**<br><br>**[PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that there is good cause to extend the deadline for defendant IndyMac Federal Bank, F.S.B. to respond to the complaint in this action to April 20, 2009, based on: (1) the complexities of the allegations set forth in the complaint in this action, and the time and resources necessary to investigate and respond to such allegations; (2) the March 19, 2009 sale and assignment by the Federal Deposit Insurance Corporation of certain assets formerly owned by IndyMac Federal Bank, F.S.B., to a newly-formed bank, OneWest Bank, F.S.B., and the administrative

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

795514.02/LA

Case No. 2:08-CV-1767 GEB EFB
STIPULATION FOR EXTENSION OF TIME
FOR INDYMAC TO RESPOND TO F.A.C.

issues relating to (a) administrative claims retained by the Federal Deposit Insurance Corporation, and (b) the assignment or retention of ownership and servicing rights with respect to numerous residential mortgage loans.

Accordingly, the parties stipulate and agree that the deadline for defendant IndyMac Federal Bank, F.S.B. to respond to the First Amended Complaint in this action should be extended to April 20, 2009.

Dated: April 3, 2009

LAW OFFICES OF ERIC F. FAGAN
JEREMY S. GOLDEN

By: /s/Jeremy S. Golden,
as authorized on April 3, 2009
JEREMY S. GOLDEN
Attorneys for Plaintiffs
SUSAN JETTE and
BARBARA ANN JETTE

Dated: April 3, 2009

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MICHAEL R. FARRELL
WILLIAM B. DECLERCQ

By: /s/William B. DeClercq
WILLIAM B. DECLERCQ
Attorneys for Defendant
INDYMAC FEDERAL BANK, F.S.B.

**IT IS HEREBY ORDERED** that, pursuant to the April 3, 2009 stipulation between plaintiffs Susan and Barbara Jette and defendant IndyMac Federal Bank, F.S.B., the deadline for defendant IndyMac Federal Bank, F.S.B. to respond to the First Amended Complaint in this action is extended

Dated: 4/6/09

_____
Uni[ted States District Judge]

795514.02/LA

Case No. 2:08-CV-1767 GEB EFB
STIPULATION FOR EXTENSION OF TIME
FOR INDYMAC TO RESPOND TO F.A.C.