Lorenzo Gasparetti (SBN 135976)
E-mail: lgasparetti@reedsmith.com
Dorit M. Glockner (SBN 229690)
E-mail: dglockner@reedsmith.com
Janet M. Lee (SBN 251518)
E-mail: jmlee@reedsmith.com

REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendant
MortgageIT, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No. 2:08-CV-01767-GEB-EFB <br><br> [USDC-Southern Case No.: 08 CV-0616 DMS (LSP)] <br><br> **[PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES** |

Case No.: 2:08-CV-01767-GEB-EFB
[PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES

Plaintiffs Susan Jette and Barbara Ann Jette, on the one hand, and defendants MortgageIT, Inc., Orange County Financial, Inc., Jeremy Indes, and Tiempo Escrow, Inc., on the other hand, by and through their respective counsel, stipulate that the expert disclosure deadlines be extended by approximately two weeks.

WHEREAS the parties have stipulated to an extension of the expert disclosure deadlines in this matter, it is so ordered that the expert disclosure deadlines will be extended as follows:

- Last day to comply with FRCP 26(a)(2)'s initial expert witness disclosure and report requirements extended from May 1, 2009 to **May 15, 2009**;
- Last day to exchange rebuttal expert disclosures extended from June 1, 2009 to **June 15, 2009**.

**IT IS SO ORDERED.**

DATED: 4/30/09.

Garland E. Burrell Jr.
United States District Judge