MICHAEL R. FARRELL (BAR NO. 173831)
WILLIAM B. DECLERCQ (BAR NO. 240538)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mfarrell@allenmatkins.com
       wdeclercq@allenmatkins.com

Attorneys for Defendants
INDYMAC FEDERAL BANK, F.S.B.;
FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
INDYMAC BANK, FSB; AND AS RECEIVER
FOR INDYMAC FEDERAL BANK, FSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC FEDERAL BANK, F.S.B.; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINIGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:08-CV-1767 GEB EFB<br><br>STIPULATION TO SUBSTITUTE REAL PARTIES IN INTEREST, THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, FSB AND THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB<br><br>Trial Date: Not Set |

WHEREAS On July 11, 2008, the Office of Thrift Supervision ("OTS") closed IndyMac Bank, F.S.B. and appointed the Federal Deposit Insurance Corporation ("FDIC") as its receiver pursuant to 12 U.S.C. § 1464(d)(2)(A) and § 1821(c)(5). As receiver, the FDIC was appointed for the purpose of liquidating the liabilities of the failed institution. This includes the administration of claims filed by creditors of the failed institution. On the same date, the OTS chartered a new

1 institution, IndyMac Federal Bank, FSB, to which it transferred all of the insured
2 deposits and substantially all of the assets of the failed institution.  The OTS then
3 appointed the FDIC as conservator to operate the new institution and assume all
4 rights, titles, powers, privileges, and operations of the failed institution.  The FDIC
5 was therefore operating in the dual capacity as receiver for IndyMac Bank, F.S.B.
6 and as conservator for IndyMac Federal Bank, FSB (collectively, the "Bank").
7 Attached as **Exhibit A**[*] is a true and correct copy of the July 11, 2008 Order from
8 the OTS that appointed the FDIC as receiver for IndyMac Bank, FSB, and as
9 conservator for IndyMac Federal Bank, FSB;

10      WHEREAS on March 19, 2009, the OTS issued a second Order appointing
11 the FDIC as Receiver for IndyMac Federal Bank, FSB, and in place of the FDIC as
12 Conservator for IndyMac Federal Bank.  Attached hereto as **Exhibit B**[*] is a true and
13 correct copy of the March 19, 2009 Order from the OTS;

14      WHEREAS the FDIC, as Receiver for IndyMac Federal Bank, FSB and as
15 Receiver for IndyMac Bank, F.S.B., has a substantial legal interest in the subject
16 matter of this action[1];

17      WHEREAS in order to protect its interest, the FDIC seeks to be substituted
18 into this action, as provided by the OTS Orders;

19      WHEREAS Federal Rule of Civil Procedure 25(c) provides that when there
20 has been a transfer of interest from a party to the litigation to a non-party to the
21 action the court may substitute the non-party in the action;

22      NOW THEREFORE, the parties to this Stipulation hereby stipulate between
23 themselves that the FDIC be substituted in this action as Receiver for IndyMac
24 Federal Bank, FSB and as Receiver for IndyMac Bank, F.S.B.

---

[*] To the extent the Court deems it necessary, the parties hereby request judicial notice of **Exhibits A** and **B** pursuant to Federal Rule of Evidence 201.

[1] The servicing rights to the loan at issue in this litigation have been transferred from IndyMac to OneWest Bank, FSB.

This stipulation shall not be construed in any manner to waive any claims, defenses, causes of action or rights whatsoever that have been asserted by Plaintiffs against any named party or unnamed entity.

Dated: May 5, 2009

LAW OFFICES OF ERIC F. FAGAN
JEREMY S. GOLDEN

By: /s/Jeremy S. Golden,
as authorized on May 5, 2009

JEREMY S. GOLDEN
Attorneys for Plaintiffs SUSAN JETTE and BARBARA ANN JETTE

Dated: May 5, 2009

ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
MICHAEL R. FARRELL
WILLIAM B. DECLERCQ

By: /s/William B. DeClercq

WILLIAM B. DECLERCQ
Attorneys for Defendants INDYMAC FEDERAL BANK, F.S.B.; and FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, FSB; AND AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB

## **ORDER**

**Good cause appearing, IT IS HEREBY ORDERED that:**

1. The Federal Deposit Insurance Corporation as Receiver for IndyMac Federal Bank, FSB and as Receiver for IndyMac Bank, F.S.B. shall be substituted in the place and stead of defendant IndyMac Federal Bank, F.S.B.

DATED: May 22, 2009

GARLAND E. BURRELL, JR.
United States District Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

826653.02/LA

-3-
Case No. 2:08-CV-1767 GEB EFB
STIPULATION TO SUBSTITUTE