MICHAEL R. FARRELL (BAR NO. 173831)
WILLIAM B. DECLERCQ (BAR NO. 240538)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  mfarrell@allenmatkins.com
       wdeclercq@allenmatkins.com

Attorneys for Defendant and Cross-Defendant
FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for IndyMac Bank,
FSB and for IndyMac Federal Bank, FSB

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC FEDERAL BANK, F.S.B.; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:08-CV-1767 GEB EFB<br><br>**[Assigned to Judge Hon. Garland E. Burrell]**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR FEDERAL DEPOSIT INSURANCE CORPORATION TO RESPOND TO THE CROSS-COMPLAINT OF JASON GEORGE MENGES; AND**<br><br>**[PROPOSED] ORDER THEREON** |
| JASON GEORGE MENGES, an individual,<br><br>        Cross-Claimant,<br><br>  vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; JERRY INDES, an individual; JOSEPHINE HANSON, an individual; JAMES FIGGER, an individual dba FIRMA SIGNING SOLUTIONS; SURETY BONDING COMPANY OF AMERICA, a South | |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

829417.01/LA

Case No. 2:08-CV-1767 GEB EFB
STIPULATION EXTENDING TIME FOR FDIC
TO RESPOND TO CROSS-COMPLAINT

Dakota corporation; INDYMAC FEDERAL BANK, F.S.B.; and ROES 1 through 10, inclusive,

        Cross-Defendants.

IT IS HEREBY STIPULATED by and between the parties hereto, through counsel, that the time for cross-defendant Federal Deposit Insurance Corporation ("FDIC"), in its capacity as Receiver for IndyMac Bank, FSB and for IndyMac Federal Bank, FSB, to respond to the Cross-Complaint of Jason George Menges ("Menges"), For: (1) Equitable Indemnity; (2) Breach of Duty of Notary Public; (3) Damages On A Notary Bond; and (4) Contribution ("Cross-Complaint"), shall be extended through and including July 6, 2009, based upon: (1) the complex factual allegations set forth in the complaint and cross-complaint in this action, and the time and resources necessary to investigate and respond to such allegations; and (2) the pending (a) Motion to Stay filed by the FDIC; (b) Motion to Dismiss filed by the FDIC, and (c) Motion to Dismiss filed by Menges, judicial determination of which would likely influence the parties' positions with respect to the Cross-Complaint.

Accordingly, pursuant to Local Rule 6-144(a), which permits the parties to stipulate to an extension of time of up to thirty days to respond to a cross-complaint, the parties hereto stipulate and agree that the deadline for the FDIC to respond to the Cross-Complaint shall be extended thirty days, through and including July 6, 2009.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

829417.01/LA

-2-

Case No.  2:08-CV-1767 GEB EFB
STIPULATION EXTENDING TIME FOR FDIC
TO RESPOND TO CROSS-COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: June 2, 2009 | STERLING SCOTT WINCHELL, PC<br>STERLING SCOTT WINCHELL |
| 2 | | |
| 3 | | By: /s/Sterling Scott Winchell, Esq. |
| 4 | | as authorized on June 2, 2009<br>STERLING SCOTT WINCHELL |
| 5 | | Attorneys for Defendant and Cross-Complainant JASON GEORGE MENGES |
| 6 | | |
| 7 | Dated: June 2, 2009 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>MICHAEL R. FARRELL |
| 8 | | WILLIAM B. DECLERCQ |
| 9 | | |
| 10 | | By: /s/William B. DeClercq, Esq. |
| 11 | | WILLIAM B. DECLERCQ<br>Attorneys for Defendant and Cross-Defendant FEDERAL DEPOSIT |
| 12 | | INSURANCE CORPORATION, as Receiver for IndyMac Bank, FSB and |
| 13 | | for IndyMac Federal Bank, FSB |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, good cause being shown, and pursuant to the June 2, 2009 stipulation between defendant and cross-complainant Jason George Menges, on the one hand, and defendant and cross-defendant Federal Deposit Insurance Corporation ("FDIC"), as Receiver for IndyMac Bank, FSB and for IndyMac Federal Bank, F.S.B., on the other, the deadline for the FDIC to respond to the Cross-Complaint of Jason George Menges, for: (1) Equitable Indemnity; (2) Breach of Duty of Notary Public; (3) Damages On A Notary Bond; and (4) Contribution, is hereby extended thirty days, through and including July 6, 2009.

**IT IS SO ORDERED.**

Dated: 6/8/09

United States District Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

829417.01/LA

-3-

Case No. 2:08-CV-1767 GEB EFB
STIPULATION EXTENDING TIME FOR FDIC
TO RESPOND TO CROSS-COMPLAINT