IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals, | )<br>)<br>) |
| Plaintiffs, | ) 2:08-cv-1767 GEB EFB<br>) |
| v. | ) AMENDED ORDER*<br>) |
| ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT INC., a corporation; INDYMAC FEDERAL BANK, FSB: TIEMPO ESCROW II, a corporation; JERRY INDES, an individual; MR. MINGUS, an individual, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Defendant Federal Deposit Insurance Corporation ("F.D.I.C.") moves for an order to be issued under 12 U.S.C. § 1821(d)(12)(A)(ii) staying this action for 90 days. Defendants Mortgage IT Inc., Orange County Financial Inc., and Jeremy Indes do not oppose the motion but request that pleading deadlines and scheduling dates be continued 90 days following the requested stay. Plaintiffs oppose the motion, but

---

* This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

fail to provide sufficient reason justifying denial of the motion.

Since the statute on which F.D.I.C. relies supports its motion, its request for a stay will be granted.

Further, on May 22, 2009 Defendant Menges (sued in this action as "Mr. Mingus") filed a motion in which he seeks to be dismissed as a party, arguing that service of process on him was untimely and that he has not been provided sufficient opportunity to disclose experts because of the untimely service.  However, Defendant Menges has not shown that his motion should be granted under the circumstances here where the below order will provide him with sufficient opportunity to participate in the scheduling of this action.  Therefore, Mr. Menges's motion to dismiss is denied.

F.D.I.C.'s motion to stay is granted; therefore, this action is stayed for 90 days.  Further, the motion scheduled for hearing on July 6, 2009 is deemed withdrawn since this action is stayed.

Lastly, the Scheduling Order filed November 18, 2008 is vacated; and a status conference is scheduled to commence at 9:00 A.M. on October 5, 2009; a joint status report shall be filed fourteen days before the status hearing.

Dated:  June 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge