Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd.  Suite 211
Chula Vista, CA  91914
jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE, et al. | Case No.:  2:08-cv-1767-GEB-EFB |
| Plaintiffs | **Order Dismissing the Claims Asserted by Plaintiffs Against Tiempo Escrow and Dismissing the Claims Asserted by Tiempo Escrow Against Plaintiff** |
| v. | |
| ORANGE COUNTY FINANCIAL, INC., et al. | |
| Defendants. | |

The parties stipulate that the Plaintiffs' claims alleged against Tiempo Escrow and Tiempo Escrow's claims alleged against Plaintiffs are dismissed with prejudice.  Therefore, these claims are dismissed with prejudice.  This dismissal shall not affect Plaintiffs' claims alleged against other defendants.

9/15/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

1