IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN JETTE and BARBARA ANN JETTE, individuals,

    Plaintiffs,

vs.

ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC FEDERAL BANK, FSB; TIEMPO ESCROW II, a corporation; JERRY INDES, an individual; and MR. MINGES, an individual,

    Defendants.

AND RELATED CROSS-ACTIONS
_____/

No. CIV S-08-1767 KJM-KJN

ORDER TO SHOW CAUSE

    This matter comes before the Court upon Defendant MortgageIT, Inc.'s motion for determination of good faith settlement, filed on February 15, 2011. (ECF 228.) Only Plaintiff and Defendant Orange County Financial, Inc. filed and served statements of non-opposition at least fourteen days preceding the hearing date of March 16, 2011 as required by Local Rule 230(c). (ECF 234 & 235.) The remaining parties are hereby ORDERED, within two weeks of the entry of this Order, to file and serve an opposition or statement of non-opposition and to

///

1  show cause why sanctions should not be imposed against them or their counsel for failure to
2  comply with Local Rule 230(c).
3      Moreover, the hearing on Defendant MortgageIT's motion for determination of good
4  faith settlement set for March 16, 2011 is hereby VACATED.  The hearing date will be
5  rescheduled at such time as the remaining parties comply with this Order.
6      IT IS SO ORDERED.
7  DATED: March 10, 2011.

8                                _____
9                                UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26