IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN JETTE and BARBARA ANN
JETTE, individuals,

      Plaintiffs,                      No. CIV S-08-1767 KJM KJN

    vs.

ORANGE COUNTY FINANCIAL, INC.,
a corporation; MORTGAGEIT, INC., a
corporation; INDYMAC FEDERAL BANK,
FSB; TIEMPO ESCROW II, a corporation;
JERRY INDES, an individual; and MR.
MINGES, an individual,

      Defendants.                  ORDER

AND RELATED CROSS-ACTIONS

_____/

        This matter comes before the court upon defendant MortgageIT, Inc.'s motion for determination of good faith settlement, filed on February 15, 2011 (ECF 228), and the failure of Jerry Indes and Tiempo Escrow, Inc. to respond to the court's order to show cause filed on March 10, 2011. (ECF 236.) The court ordered the parties to this action to file and serve an opposition or statement of non-opposition to MortgageIT's above-referenced motion within two weeks and to show cause why sanctions should not be imposed against them or their counsel. (*Id.*) As the time for compliance with the court's order has passed without any filing by Jerry

1

1 Indes or Tiempo Escrow, the court hereby SANCTIONS James Howard Millane, attorney for
2 Jerry Indes, and Greta Turner Hutton, lead attorney for Tiempo Escrow.  James Millane and
3 Greta Hutton each are hereby ORDERED to submit payment to the Clerk of the Court in the
4 amount of $250.00 within two weeks of the filing of this order.
5       Moreover, there being no opposition from the remaining parties, and having
6 found good cause, the court hereby GRANTS MortgageIT's motion for determination of good
7 faith settlement.  MortgageIT is hereby DISMISSED from this action.
8       IT IS SO ORDERED.
9 DATED: April 7, 2011.

_____
UNITED STATES DISTRICT JUDGE