IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN JETTE and BARBARA ANN JETTE, individuals,

    Plaintiffs,

  vs.

ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC FEDERAL BANK, FSB; TIEMPO ESCROW II, a corporation; JERRY INDES, an individual; and MR. MINGES, an individual,

    Defendants.

AND RELATED CROSS-ACTIONS
_____/

No. CIV S-08-1767 KJM-KJN

ORDER

    This matter comes before the court upon defendant Jeremy Indes' (erroneously sued as Jerry Indes) request for reconsideration of the court's order sanctioning defendant's counsel, James Howard Millane. (ECF 241.) Having considered this request and consulted the court's docket, the court's April 7, 2011 order is hereby VACATED with regard to Jeremy Indes and James Howard Millane only. (ECF 240.)

    IT IS SO ORDERED.

DATED: April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

1