Jeremy S. Golden (SBN 228007)
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
Jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs<br><br>v.<br><br>ORANGE COUNTY FINANCIAL, INC., et al.<br><br>Defendants. | Case No.: 2:08-cv-01767-KJM-KJN<br><br>**Order for Dismissal** |

Pursuant to the stipulation of Orange County Financial, Inc. and Jeremy Indes, these defendants are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:   April 20, 2011.

_____
UNITED STATES DISTRICT JUDGE