Steven Ray Garcia (State Bar No. 110479)
srg@kpclegal.com
Greta T. Hutton (State Bar No. 103079)
gh@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, 15th Floor
Glendale, California 91203-1904
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Cross-Claimant
TIEMPO ESCROW II, erroneously sued as Tiempo Escrow II, Inc., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANKCORP., INC., a corporation; TIEMPO ESCROW II, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive,,<br><br>　　　　Defendants.<br><br>TIEMPO ESCROW II, a California corporation,<br><br>　　　　Cross-Claimant,<br><br>　　v.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANKCORP., INC., a corporation; INDYMAC FEDERAL BANK, F.S.B., a federal savings bank; JERRY INDES, an individual; MR. MINGUS, an individual; JOSEPHINE HANSON; an individual; JAMES FIGGER, an individual, dba FIRMA SIGNING SOLUTIONS; SURETY BONDING COMPANY OF | NO.   2:08-CV-01767 KJM-EFB<br><br>Trial Date:　　　　July 25, 2011<br><br>ORDER OF DISMISSAL |

KNAPP, PETERSEN & CLARKE

-1-　　　　　　　　　　　　　　　　　　　　ORDER OF DISMISSAL

1258471.1  05558/00009

1  AMERICA, a South Dakota corporation )
   and ROES 1 through 10, inclusive, )
2  )
   Cross-defendants. )
3  _____ )

4      Pursuant to the stipulation of defendant and cross-complainant Tiempo

5  Escrow, II and of cross-defendants Josephine Hanson ("Hanson") and Surety

6  Bonding Company of America ("Surety), cross-defendants Hanson and Surety are

7  hereby dismissed.

8  Dated: April 22, 2011.

9                                   UNITED STATES DISTRICT JUDGE

**KNAPP, PETERSEN & CLARKE**

-2-        ORDER OF DISMISSAL

1258471.1  05558/00009